IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| DAVID LOPEZ, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | 2:12-CV-031 |
| | § | |
| RICK THALER, | § | |
| Director, Texas Dep't of Criminal Justice, | § | |
| Correctional Institutions Division, | § | |
| | § | |
| Respondent. | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION AND SUPPLEMENT TO REPORT AND RECOMMENDATION, and DISMISSING PETITION FOR A WRIT OF HABEAS CORPUS

Petitioner has filed with this Court an application for a writ of habeas corpus by a person in state custody. On February 16, 2012, the United States Magistrate Judge issued a Report and Recommendation in this cause, recommending therein that petitioner's habeas petition be dismissed. On March 7, 2012, petitioner filed a "Motion Requesting Permission to Amend," which this Court has ruled on in a separate order. The United States Magistrate Judge then, on March 26, 2012, issued a Supplement to the February 16, 2012 Report and Recommendation. As of this date, petitioner has not filed objections to the Magistrate Judge's Report and Recommendation or to the Supplement to the February 16, 2012 Report and Recommendation.

The undersigned United States District Judge has made an independent examination of the record in this case. The Magistrate Judge's Report and Recommendation and Supplement to the February 16, 2012 Report and Recommendation are hereby ADOPTED. Accordingly, the petition for a writ of habeas corpus filed by petitioner is hereby DISMISSED.

IT IS SO ORDERED.

ENTERED this 23rd day of April 2012.

MARY LOU ROBINSON
UNITED STATES DISTRICT JUDGE